United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50743
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SAUL MORAN-CORTEZ, also known as Salvador Ramirez-
Cortez, also known as Saul Ramirez-Cortez, also
known as Saul Kiros Aranzamendy, also known as Juan
Mendina, also known as Juan Medina Cortez, also known
as Cesar Quiros, also known as Arturo Peniche,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:04-CR-61-1-LY
--------------------

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

       Appealing the Judgment in a Criminal Case, Saul Moran-Cortez
raises arguments that are foreclosed by Almendarez-Torres v.
United States, 523 U.S. 224, 235 (1998), which held that a prior
conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and
not a separate criminal offense.  The Government's motion for

_____

       [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.